Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

**Order Filed on September 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |
|---|---|
| In Re: | : Bankruptcy Division |
|  | : United States Bankruptcy Court |
|  | : District of New Jersey |
|  | : Bankruptcy No. 19-26029 (ABA) |
|  | : |
|  | : Chapter 13 |
| Linda L. Vegas, | : |
|  | : |
| Debtor. | : Hearing Date: September 17, 2019 |
|  | : |
|  | : |

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: September 17, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):         Linda L. Vegas
Case No.           19-26029 (ABA)
Caption of Order:  Order Extending the Automatic Stay

This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the Debtor on Motion to Extend the Automatic, and the Court after hearing arguments of counsel; and for good cause having been shown; it is

**ORDERED** that the Automatic Stay is Extended until the completion of the plan, pursuant to 11 U.S.C 362(c)(3)(B).