Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

_____

In Re:

Linda L. Vegas,

        Debtor.

_____

: Bankruptcy Division
: United States Bankruptcy Court
: District of New Jersey
: Bankruptcy No. 19-26029 (ABA)
:
: Chapter 13
:
:
:
: Hearing Date: September 17, 2019
:
:

**Order Filed on September 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: September 17, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):        Linda L. Vegas
Case No.          19-26029 (ABA)
Caption of Order: Order Extending the Automatic Stay

    This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the Debtor on Motion to Extend the Automatic, and the Court after hearing arguments of counsel; and for good cause having been shown; it is

    **ORDERED** that the Automatic Stay is Extended until the completion of the plan, pursuant to 11 U.S.C 362(c)(3)(B).

United States Bankruptcy Court
District of New Jersey

In re:  
Linda L. Vegas  
    Debtor

Case No. 19-26029-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Sep 18, 2019  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2019.  
db          +Linda L. Vegas,   4349 Gladwyn Avenue,   Pennsauken, NJ 08109-3305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2019 at the address(es) listed below:  
        Andrew Thomas Archer   on behalf of Debtor Linda L. Vegas aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Kevin Gordon McDonald   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee Et Al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 4