UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

In Re:
Linda L. Vegas,

　　　　Debtor(s).

Order Filed on December 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-26029

Chapter: 13

Judge: ABA

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

　The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 10, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  September 16, 2019   :

Property:    4349 Gladwyn Avenue, Pennsauken, NJ  08109

Creditor:    Carrington Mortgage Services

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by  the debtor ,
   and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by  _____ ,
   and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  03/9/2020  .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Linda L. Vegas  
      Debtor

Case No. 19-26029-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 10, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2019.  
db            +Linda L. Vegas,    4349 Gladwyn Avenue,    Pennsauken, NJ 08109-3305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2019 at the address(es) listed below:  
        Andrew Thomas Archer    on behalf of Debtor Linda L. Vegas aarcher@spillerarcherlaw.com,  
         bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com  
        Kevin Gordon McDonald    on behalf of Creditor     THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee Et Al... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                 TOTAL: 4