Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−26029−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda L. Vegas
   4349 Gladwyn Avenue
   Pennsauken, NJ 08109

Social Security No.:
   xxx−xx−3926

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      2/13/20
Time:      02:00 PM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Andrew Thomas Archer, Debtor's Attorney, period: to, fee: $1,020.00

COMMISSION OR FEES
fee: $1,020.00

EXPENSES
$40.00

If this is a chapter 13 case, the fees and expenses awarded:

- [x] will not reduce the amount to be paid to general unsecured creditors under the plan.

- [ ] will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: January 8, 2020
JAN:

Jeanne Naughton
Clerk

```
United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-26029-ABA
Linda L. Vegas                                                  Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 2               Date Rcvd: Jan 08, 2020
                              Form ID: 137             Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 10, 2020.
db             +Linda L. Vegas,    4349 Gladwyn Avenue,    Pennsauken, NJ 08109-3305
aty            +Stern Lavinthal & Frankenberg,    105 Eisehower Parkway, Suite 302,    Roseland, NJ 07068-1640
lm             +Carrington Mortgage Services, LLC,    1600 South Douglass Rd,    Anaheim, CA 92806-5951
518417599      +Carrington Mortgage Services,    Attn: Bankruptcy,    Po Box 3730,    Anaheim, CA 92803-3730
518417602      +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
518417606      +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518417608      +Jefferson Health,    PO Box 785992,    Philadelphia, PA 19178-5992
518417613      +Pedro Lopez,    4349 Gladwyn Avenue,    Pennsauken, NJ 08109-3305
518417615      +Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0001
518454113      +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
518508614     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:    State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
518417616      +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
518417618      +South Jersey Gastroenterology,    406 Lippincott Dr, Ste E,    Marlton, NJ 08053-4168
518417619      +Stephanie C. Lopez,    4349 Gladwyn Avenue,    Pennsauken, NJ 08109-3305
518510290      +The Bank of New York Mellon, et al,    c/o Carrington Mortgage Services, LLC,
                 1600 South Douglass Road,    Anaheim, CA 92806-5948
518496035      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO BOX 130000,    Raleigh, NC 27605-1000
518417621      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 09 2020 00:07:22       U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 09 2020 00:07:19       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518519856       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 00:06:09
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
518417598      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 09 2020 00:05:49       Capital One,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518417600      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 09 2020 00:07:53
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
518417601      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 09 2020 00:04:15       Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
518417605       E-mail/Text: bnc-bluestem@quantum3group.com Jan 09 2020 00:07:46       Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
518478356       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 09 2020 00:07:35       Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
518417607       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 09 2020 00:07:35       Jefferson Capital Systems, LLC,
                 16 Mcleland Rd,    Saint Cloud, MN 56303
518428568       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 00:05:11       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518417611      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 09 2020 00:06:08
                 LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                 Greenville, SC 29603-0497
518443279       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 09 2020 00:04:51       MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518417612      +E-mail/Text: Bankruptcies@nragroup.com Jan 09 2020 00:07:59       National Recovery Agency,
                 Attn: Bankruptcy,    Po Box 67015,    Harrisburg, PA 17106-7015
518474381      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 09 2020 00:07:35       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                               TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518417603*     +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
518417604*     +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
518417609*     +Jefferson Health,    PO Box 785992,    Philadelphia, PA 19178-5992
518417610*     +Jefferson Health,    PO Box 785992,    Philadelphia, PA 19178-5992
518417614*     +Pedro Lopez,    4349 Gladwyn Avenue,    Pennsauken, NJ 08109-3305
518417617*     +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
518417620*     +Stephanie C. Lopez,    4349 Gladwyn Avenue,    Pennsauken, NJ 08109-3305
518417622*     +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
                                                                                      TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Jan 08, 2020
                              Form ID: 137               Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2020 at the address(es) listed below:

```
          Andrew Thomas Archer    on behalf of Debtor Linda L. Vegas aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
           York as trustee Et Al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of
           New York as trustee Et Al... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```