UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
By: Rebecca A. Solarz, Esquire
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
215-825-6327
Attorneys for Secured Creditor: THE BANK OF
NEW YORK MELLON, F/K/A The Bank of New
York as trustee for registered Holders of CWABS,
Inc., Asset-Backed Certificates, Series 2004-12

Order Filed on March 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Linda L. Vegas
Debtor

Case No: _____19-26029 ABA_____

Chapter: _____13_____

Judge: _____Andrew B. Altenburg Jr._____

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is ORDERED.

**DATED: March 31, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by  THE BANK OF NEW YORK MELLON, Et Al...     , and regarding Notice of Postpetition Mortgage Fees, Expenses, and Charges, filed  on March 4, 2020                , it is

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037-1(a)(2), the entity that filed the original document must file a redacted version of the document within 7 days of the date of this order.

ORDERED that the applicant must serve this order on all affected parties not later than one day after its entry.

*rev. 8/1/15*