**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Linda L. Vegas<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3926<br>EIN   \_\_–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   \_\_\_\_<br>EIN   \_\_–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–26029–ABA | |

# Order of Discharge          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Linda L. Vegas

<u>6/10/22</u>                                **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

                                    **For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 19-26029-ABA
Linda L. Vegas                                                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                  Page 1 of 3
Date Rcvd: Jun 10, 2022                     Form ID: 3180W                               Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda L. Vegas, 4349 Gladwyn Avenue, Pennsauken, NJ 08109-3305 |
| aty | + | Stern Lavinthal & Frankenberg, 105 Eisehower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 518417602 | + | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518417608 | + | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 518417613 | + | Pedro Lopez, 4349 Gladwyn Avenue, Pennsauken, NJ 08109-3305 |
| 518417618 | + | South Jersey Gastroenterology, 406 Lippincott Dr, Ste E, Marlton, NJ 08053-4168 |
| 518508614 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518417619 | + | Stephanie C. Lopez, 4349 Gladwyn Avenue, Pennsauken, NJ 08109-3305 |
| 518496035 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 10 2022 20:37:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Rd, Anaheim, CA 92806-5951 |
| 518519856 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:42 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518417598 | + | EDI: CAPITALONE.COM | Jun 11 2022 00:28:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518417599 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 10 2022 20:37:00 | Carrington Mortgage Services, Attn: Bankruptcy, Po Box 3730, Anaheim, CA 92803-3730 |
| 518417600 | + | EDI: CCS.COM | Jun 11 2022 00:28:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 518417601 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2022 20:40:40 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518417605 | | EDI: BLUESTEM | Jun 11 2022 00:28:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 518417606 | + | EDI: AMINFOFP.COM | Jun 11 2022 00:28:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518478356 | | EDI: JEFFERSONCAP.COM | Jun 11 2022 00:28:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518417607 | | EDI: JEFFERSONCAP.COM | Jun 11 2022 00:28:00 | Jefferson Capital Systems, LLC, 16 Mceland Rd, Saint Cloud, MN 56303 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2022 | Form ID: 3180W | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| 518428568 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:40 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518417611 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:49 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518443279 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 10 2022 20:40:37 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518417612 | + | Email/Text: Bankruptcies@nragroup.com | Jun 10 2022 20:39:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 518474381 | + | EDI: JEFFERSONCAP.COM | Jun 11 2022 00:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518417615 | + | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jun 10 2022 20:38:00 | Progressive, PO Box 7247-0311, Philadelphia, PA 19170-0001 |
| 518454113 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 10 2022 20:39:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 518417616 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 10 2022 20:39:00 | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518510290 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jun 10 2022 20:37:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 518417621 | + | EDI: WFFC.COM | Jun 11 2022 00:28:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518417603 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518417604 | *+ | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518417609 | *+ | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 518417610 | *+ | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 518417614 | *+ | Pedro Lopez, 4349 Gladwyn Avenue, Pennsauken, NJ 08109-3305 |
| 518417617 | *+ | Santander Consumer USA, PO Box 961245, Fort Worth, TX 76161-0244 |
| 518417620 | *+ | Stephanie C. Lopez, 4349 Gladwyn Avenue, Pennsauken, NJ 08109-3305 |
| 518417622 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 0 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2022                Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew Thomas Archer | on behalf of Debtor Linda L. Vegas aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee Et Al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee Et Al... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee Et Al... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6